**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICE L. MCGRIFF,

      Plaintiff,

-vs-                                    Case No. 3:16-cv-1074-J-34JRK

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

      Defendant.

_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 21; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on August 1, 2017. In the Report, Magistrate Judge Klindt recommends that the Clerk of the Court be directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g), and pursuant to § 1383(c)(3), reversing the Commissioner's final decision and remanding this case with instructions. <u>See</u> Report at 3, 15. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a <u>de novo</u> review of those findings. <u>See</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions <u>de novo</u>. <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1.    The Magistrate Judge's Report and Recommendation (Dkt. No. 21) is **ADOPTED** as the opinion of the Court.

2.    The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g), and pursuant to § 1383(c)(3), **REVERSING** the Commissioner's final decision and **REMANDING** this matter with the following instructions:

        (A)    Reconsider the Shands Jacksonville records and Plaintiff's RFC;

        (B)    Ensure that the other issues raised in this appeal are appropriately addressed, if necessary; and

        (C)    Take such other action as may be necessary to resolve this matter properly.

3.    The Clerk of the Court is further directed to close the file.

4.      Plaintiff's counsel is advised that, in the event benefits are awarded on remand, any § 406(b) or § 1383(d)(2) fee application shall be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. §§ 406(b) and 1383(d)(2)).

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of August, 2017.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record